**In the United States District Court**
**Western District of Louisiana**
**Shreveport Division**

| | |
|---|---|
| Sabrina N. Smith,<br>         Plaintiff<br><br>v.<br><br>Community Health Care Solutions, LLC<br>and Yolanda Burnom,<br>         Defendants. | Cause No. 5:20-cv-01694-SMH-MLH<br><br>Judge S. Maurice Hicks, Jr.<br><br>Magistrate Judge Mark L. Hornsby |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16(c), the parties hereby notify the Court that they have reached a settlement of this matter. Accordingly, the parties respectfully request that the Court enter an order of dismissal, with prejudice, with each party to bear its own costs.

Respectfully Submitted:

**BLACKWELL & BULLMAN, LLC**

*/s/James R. Bullman*
James R. Bullman, Bar Roll No. 35064 –T.A.
8322 One Calais Ave.,
Baton Rouge, LA 70809
Telephone: 225-769-2462
Facsimile: 225-769-2463
Email: james@blackwell-bullman.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ James R. Bullman*
James R. Bullman